IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVINCI EDITRICE S.R.L., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| Vs. ) | |
| ) | FILE NO. 13-cv-03415 |
| ZIKO GAMES, LLC, and ) | |
| YOKA GAMES, ) | |
| Defendants. ) | |

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, Steven M. Kushner, and respectfully notifies the Judge, affected Clerk of Court, and the all related parties that he will be on leave pursuant to Georgia Uniform Court Rule 16.

**February 3, 2016 through and including February 8, 2016 for travel outside the state.**

**April 1, 2016 through and including April 8, 2016 for travel outside the country.**

**April 21, 2016 through and including April 26, 2016 for travel outside the country.**

**June 1, 2016 through and including June 6, 2016 for travel outside of the state.**

**July 1, 2016 through and including July 6, 2016 for travel outside of the state.**

This 17th day of November, 2015.

FELLOWS LABRIOLA LLP

/s/ Steven M. Kushner
Steven M. Kushner
Georgia Bar No. 430510

Peachtree Center
South Tower, Suite 2300
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to the following counsel of record:

Geoffrey A. Gannaway, Esq.
ggannaway@beckredden.com
Beck Redden LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010

Brendan J. Hughes, Esq.
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400

John C. Rawls , III, Esq.
rocky@bwmtx.com
Baker Williams Matthiesen LLP
1177 West Loop South, Suite 1600
Houston, TX 77027

Chantal Z. Hwang, Esq.
chwang@cooley.com
John W. Crittenden, Esq.
jcrittenden@cooley.com
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

John Paul Oleksiuk, Esq.
jpo@cooley.com
Cooley LLP
1333 2nd Street
Suite 400
Santa Monica, CA 90401

This 17th day of November, 2015.

  /s/ Steven M. Kushner_____
Steven M. Kushner