United States District Court
Southern District of Texas

**ENTERED**
April 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DaVINCI EDITRICE S.R.L., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3415 |
| | § | |
| ZIKO GAMES, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion entered this date and prior rulings, this action is dismissed, with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on April 27, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge